# LEARNED, REILLY & LEARNED, LLP
### ATTORNEYS AT LAW

449 EAST WATER STREET
P.O. BOX 1308
ELMIRA, NEW YORK 14902-1308
607-734-1519
WWW.LEARNEDREILLYLEARNED.COM

PHILIP C. LEARNED
THOMAS E. REILLY
SCOTT J. LEARNED
DIANA L. HUGHES*

FAX 607-734-1880
fax and e-mail not for service

*ALSO ADMITTED IN
CONNECTICUT

July 20, 2006

**VIA FACSIMILE and FIRST-CLASS MAIL** – (585) 613-4065

Hon. Michael A. Telesca
Western District of New York
U.S. Courthouse, Suite 2720
100 State Street
Rochester, NY 14614-1387

Re:   Tammy Morse v. The Corning Incorporated Pension Plan for Hourly Employees
      Case No.: 05-CV-6318

Dear Judge Telesca:

I represent the plaintiff in the above captioned action. Mr. Hancey represents the defendant. We have both agreed, assuming that it is acceptable to the Court based on our telephone conference, that the plaintiff shall have until August 4, 2006 to file and serve opposing papers to defendant's Motion for Summary Judgment. Mr. Hancey, in turn, will have until August 21, 2006 to file his reply, if any, to those papers.

Thank you very much for your consideration and attention in this regard.

Respectfully yours,

Scott J. Learned

SJL/smr

Cc:   Christian D. Hancey, Esq. (585-263-1600)
      Nixon Peabody LLP
      Clinton Square
      P.O. Box 31051
      Rochester, NY 14603-1051

**SO ORDERED**

S/MICHAEL A. TELESCA

MICHAEL A. TELESCA
United States District Judge

DATED:  July 21, 2006

TOTAL P.01